IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02CV14-MU

| | |
|---|---|
| CENTRAL AVENUE, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| CITY OF CHARLOTTE, NORTH ) | |
| CAROLINA, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on its own motion. The above captioned case is hereby continued from the December 5, 2005 term of court to the March 6, 2006 term of court.

**IT IS SO ORDERED.**

**Signed: November 7, 2005**

Graham C. Mullen
Chief United States District Judge