IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02-CV-14-MU

| | | |
|---|---|---|
| CENTRAL AVENUE VIDEO, INC., *et al.* | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Order |
| THE CITY OF CHARLOTTE, NORTH CAROLINA, a North Carolina municipal corporation, | ) ) ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Plaintiffs' and Defendant's Joint Motion to Convert Case from a Jury Trial to a Non-Jury Trial. After considering the motion, the Court has determined that all parties have waived their right to a jury trial and that a non-jury trial is otherwise appropriate.

IT IS THEREFORE ORDERED that this matter will be a non-jury trial.

Signed: October 12, 2006

Graham C. Mullen
United States District Judge