IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:02 CV 14**

| | |
|---|---|
| CENTRAL AVENUE VIDEO, INC., *et al*, ) ) ) | |
| Plaintiffs ) ) | |
| v. ) ) | **ORDER** |
| CITY OF CHARLOTTE, ) ) Defendant. ) _____ ) | |

THIS MATTER IS BEFORE THE COURT on its own motion. Trial is hereby set for **April 2, 2007 at 10:00 a.m.** in Courtroom 3.

IT IS SO ORDERED.

Signed: November 29, 2006

Graham C. Mullen
United States District Judge