IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02CV00014-MU

| | | |
|---|---|---|
| CENTRAL AVENUE, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| THE CITY OF CHARLOTTE, NORTH CAROLINA, a North Carolina municipal corporation, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon its motion. To better facilitate some scheduling issues, the court will move this case to 10am on Wednesday, May 16 in Courtroom 3.

IT IS SO ORDERED.

Signed: March 28, 2007

Graham C. Mullen
United States District Judge