UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:02CV14**

| | |
|---|---|
| CENTRAL AVENUE VIDEO, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| CITY OF CHARLOTTE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

THIS MATTER is before the court on its own motion. Because this trial has been re-scheduled to May 16, 2007, the deadlines stipulated in the Notice to Counsel [doc. 76] can also be re-scheduled.

IT IS THEREFORE ORDERED THAT the required deadlines listed in number 1 of the Notice to Counsel are extended to **April 18, 2007.**

IT IS SO ORDERED.

Signed: April 2, 2007

Graham C. Mullen
United States District Judge