UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:02CV00014-MU**

| | |
|---|---|
| CENTAL AVENUE, INC., *et al*, ) | |
| Plaintiffs, ) | |
| v. ) | |
| ) | **ORDER** |
| THE CITY OF CHARLOTTE, NORTH ) | |
| CAROLINA, a North Carolina municipal ) | |
| corporation, ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby re-scheduled to **May 30, 2007 at 10:00 a.m. in Charlotte.**

It is so ordered.

Signed: April 24, 2007

Graham C. Mullen
United States District Judge