UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02CV14

| | | |
|---|---|---|
| CENTRAL AVENUE VIDEO, INC., *et al* | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| CITY OF CHARLOTTE, | ) | |
| NORTH CAROLINA | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER** is before the court on its own motion. The above captioned case is hereby continued to the **November 5, 2007** term of court in Charlotte, NC, at 10:00 a.m.

**IT IS SO ORDERED**.

Signed: August 1, 2007

Graham C. Mullen
United States District Judge