UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02-CV-14-GCM

| | |
|---|---|
| CENTRAL AVENUE VIDEO, INC., *et al*, <br>     Plaintiff, <br> v. <br> City of Charlotte, <br>     Defendant. | **ORDER** |

**THIS MATTER** is before the court on its own motion. The trial originally set for November 5, 2007, is hereby re-scheduled for **Tuesday, November 13, 2007, at 10:00 a.m.** in Charlotte.

It is so ordered.

Signed: September 4, 2007

Graham C. Mullen
United States District Judge