UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02-CV-14-GCM

| | |
|---|---|
| CENTRAL AVENUE VIDEO, INC., )<br>　　　　　　　　Plaintiff, )<br>v. )<br>　　　　　　　　　　　　　　　)<br>CITY OF CHARLOTTE, )<br>　　　　　　　　Defendant. )<br>　　　　　　　　　　　　　　　) | **ORDER** |

**THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **Monday, December 10, 2007, at 10:00 a.m.** in Charlotte.

It is so ordered.

Signed: September 12, 2007

Graham C. Mullen
United States District Judge