UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02-CV-14-GCM

| | |
|---|---|
| CENTRAL AVENUE VIDEO, INC., ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| CITY OF CHARLOTTE, ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **Monday, March 3, 2008 at 10:00 a.m.** in Charlotte.

**IT IS SO ORDERED**.

Signed: October 25, 2007

Graham C. Mullen
United States District Judge