# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Central Avenue Video, Inc. Et al ,

    Plaintiff(s),                               JUDGMENT IN A CIVIL CASE

vs.                                                3:02cv14

City of Charlotte,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Bench Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/12/2008 Order.

Signed: May 12, 2008

Frank G. Johns, Clerk
United States District Court